Coffin *v.* Easton & others.

THOMAS COFFIN *vs.* WILLIAM R. EASTON & others.

Issues to a jury, arising in a suit in equity, should be framed and filed at a jury term, and not a law term of this court.

BILL IN EQUITY against the administrator and heirs of Gilbert Coffin, deceased, father of the complainant. The bill sets out a deed, absolute in form, given by the complainant to his father, with a bond to reconvey, the death of the father, and a will with certain provisions, which he relies on as payment, entitling him to a reconveyance, and prays a specific performance.

The answer admits the conveyance ; denies that the bond to reconvey was simultaneous, or amounted to a defeasance ; and denies any payment. There was a replication and evidence taken.

*B. Dean,* for the complainant.

*T. G. Coffin,* for the respondents.

Coffin *v.* Easton & others.

BY THE COURT.    In this stage, this cause pending in, Nan
tucket was brought before this court in this county, as the
law term for that county.    And now a motion is made that
issues may be allowed to be filed, and the case to be tried by
a jury.    But in the opinion of the court this motion comes
too late.    It should have been made at Nantucket, before the
cause was removed, so that it might have been tried by a jury
there.    It must now stand for hearing before one judge, at the
*nisi prius* term in July next.

N. B.    Afterwards, March term, 1854, on the report of
*Merrick,* J., no exception being taken in matter of law, judg-
ment was entered for the defendants, that the bill be dismissed
with costs.